IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DERRICK ISSAC,** | ) | **CASE NO. 8:05CV492** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| **VALMONT INDUSTRIES, INC., d/b/a** | ) | |
| **CENTRAL NEBRASKA TUBING,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the parties' Joint Stipulation of Dismissal. The Court finds that the stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and should be approved.  Accordingly,

IT IS ORDERED:

1. The Joint Stipulation of Dismissal (Filing No. 33) is approved, and the relief requested therein shall be granted;

2. The Complaint and all claims are dismissed with prejudice; and

3. Each party shall pay its own costs and attorney fees unless otherwise agreed by and between them.

Dated this 6th day of April, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge